EL PUEBLO DE PUERTO RICO, demandante y apelado, v.
FRANCISCO ARCE, acusado y apelante.

No. 2319.—*Visto:* Enero 16, 1925. *Resuelto:* Junio 10, 1925.

DERECHO PENAL—APELACIÓN Y ERROR, Y CERTIORARI—RESOLUCIÓN Y DISPOSI-
CIÓN DEL CASO—REVOCACIÓN.—Cuando la prueba tiende a demostrar que los
actos que se imputan a un acusado fueron realizados por una sociedad mer-
cantil, aunque se haya admitido que dicho acusado es socio gestor de la
firma, si no se prueba que él es el único gestor y autor de los hechos, procede
revocar la sentencia apelada.

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), condenando al acusado
por infracción a la Resolución Conjunta No. 22, aprobada junio
5, 1919. *Revocada y absuelto el acusado.*

*Jacinto Texidor,* abogado del apelante; *José E. Figueras,* abogado
de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tri-
bunal.

Francisco Arce fué acusado de haber infringido la Reso-
lución Conjunta No. 22 de 5 de junio de 1919 (p. 781) para
reglamentar la venta de café extranjero porque habiendo
traficado en esa clase de café en el período de tiempo com-
prendido entre el 14 y 30 de septiembre de 1923 no colocó
en la parte exterior de su establecimiento en que almacenó
ese café un rótulo expresando su nombre, el número de la
licencia que le fuera concedida para traficar con café ex-
tranjero y además las palabras ''Traficante en café extran-
jero''; y porque en el indicado período de tiempo no llevó
el registro que previamente debió obtener del Tesorero de
Puerto Rico para asentar diariamente las cantidades de café
que entraran y salieran de su establecimiento, el país de la
procedencia del café y los nombres y domicilios de los ven-
dedores y de los compradores.

Habiendo sido condenado interpuso esta apelación en la
que alega entre otros motivos para que revoquemos la sen-
tencia condenatoria que no se ha probado que él sea alma-
cenista de café extranjero ni que haya traficado con esa
clase de café.

Hemos examinado la prueba presentada en el juicio y con vista de ella llegamos a la conclusión de que no se ha probado que el apelante haya realizado los actos que se le imputan en la acusación, pues lo que tiende a probar la evidencia es que dichos actos fueron realizados por la mercantil Sucesores de Gilet & Arce, y aunque está admitido que el apelante es socio gestor de esa sociedad, no se ha probado que sea el único gestor, ni que ha sido el verdadero actor de los hechos que se le imputan.

*Debe revocarse la sentencia apelada y absolverse al acusado.*